# EXHIBIT A

# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

### SCHEDULE 13D

**Under the Securities Exchange Act of 1934**

**Mawson Infrastructure Group Inc.**

**(Name of Issuer)**

**Common Shares**

**(Title of Class of Securities)**

**57778N406**

**(CUSIP Number)**

**Joshua Kilgore**
**5701 Euper Lane, Ste A,**
**Fort Smith, AR, 72903**
**479-420-8957**

**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**12/19/2025**

**(Date of Event Which Requires Filing of This Statement)**

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§ 240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

SCHEDULE 13D

| CUSIP No. | 57778N406 |
|---|---|

| 1 | **Name of reporting person**<br>Endeavor Blockchain, LLC |
|---|---|
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br>OO |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br>☐ |
| 6 | **Citizenship or place of organization**<br>UNITED STATES |

| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | **Sole Voting Power**<br>915,000.00 |
|---|---|---|
| | 8 | **Shared Voting Power**<br>0.00 |
| | 9 | **Sole Dispositive Power**<br>915,000.00 |
| | 10 | **Shared Dispositive Power**<br>0.00 |

| 11 | **Aggregate amount beneficially owned by each reporting person**<br>915,000.00 |
|---|---|
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br>☐ |
| 13 | **Percent of class represented by amount in Row (11)**<br>5.3 % |
| 14 | **Type of Reporting Person (See Instructions)**<br>OO |

**Comment for Type of Reporting Person:** Endeavor Blockchain, LLC is 100% owned by Joshua Kilgore.

## SCHEDULE 13D

| CUSIP No. | 57778N406 |
|---|---|

| 1 | **Name of reporting person**<br><br>Joshua Kilgore |
|---|---|
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br><br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br><br>PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br><br>☐ |
| 6 | **Citizenship or place of organization**<br><br>UNITED STATES |

| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | **Sole Voting Power**<br><br>8,000.00 |
|---|---|---|
| | 8 | **Shared Voting Power**<br><br>0.00 |
| | 9 | **Sole Dispositive Power**<br><br>8,000.00 |
| | 10 | **Shared Dispositive Power**<br><br>0.00 |

| 11 | **Aggregate amount beneficially owned by each reporting person**<br><br>8,000.00 |
|---|---|
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br><br>☐ |
| 13 | **Percent of class represented by amount in Row (11)**<br><br>0.05 % |

| 14 | **Type of Reporting Person (See Instructions)**<br><br>IN |
|---|---|

# SCHEDULE 13D

| **CUSIP No.** | 57778N406 |
|---|---|

| 1 | **Name of reporting person**<br><br>Cody Smith |
|---|---|
| 2 | **Check the appropriate box if a member of a Group (See Instructions)**<br><br>☑ (a)<br>☐ (b) |
| 3 | **SEC use only** |
| 4 | **Source of funds (See Instructions)**<br><br>PF |
| 5 | **Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)**<br><br>☐ |
| 6 | **Citizenship or place of organization**<br><br>UNITED STATES |

| **Number of Shares Beneficially Owned by Each Reporting Person With:** | 7 | **Sole Voting Power**<br><br>32,982.00 |
|---|---|---|
| | 8 | **Shared Voting Power**<br><br>0.00 |
| | 9 | **Sole Dispositive Power**<br><br>32,982.00 |
| | 10 | **Shared Dispositive Power**<br><br>0.00 |

| 11 | **Aggregate amount beneficially owned by each reporting person**<br><br>32,982.00 |
|---|---|
| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)**<br><br>☐ |

| 13 | Percent of class represented by amount in Row (11)<br><br>0.19 % |
|---|---|
| 14 | Type of Reporting Person (See Instructions)<br><br>IN |

# SCHEDULE 13D

| CUSIP No. | 57778N406 |
|---|---|

| 1 | Name of reporting person<br><br>PM Squared, LLC |
|---|---|
| 2 | Check the appropriate box if a member of a Group (See Instructions)<br><br>☑ (a)<br>☐ (b) |
| 3 | SEC use only |
| 4 | Source of funds (See Instructions)<br><br>OO |
| 5 | Check if disclosure of legal proceedings is required pursuant to Items 2(d) or 2(e)<br><br>☐ |
| 6 | Citizenship or place of organization<br><br>UNITED STATES |

| Number of Shares Beneficially Owned by Each Reporting Person With: | 7 | Sole Voting Power<br><br>2,297.00 |
|---|---|---|
| | 8 | Shared Voting Power<br><br>0.00 |
| | 9 | Sole Dispositive Power<br><br>2,297.00 |
| | 10 | Shared Dispositive Power<br><br>0.00 |

| 11 | Aggregate amount beneficially owned by each reporting person<br><br>2,297.00 |
|---|---|

| 12 | **Check if the aggregate amount in Row (11) excludes certain shares (See Instructions)** <br> ☐ |
|---|---|
| 13 | **Percent of class represented by amount in Row (11)** <br><br> 0.01 % |
| 14 | **Type of Reporting Person (See Instructions)** <br><br> OO |

**Comment for Type of Reporting Person:** PM Squared, LLC is 100% owned by Phil Stanley

# SCHEDULE 13D

**Item 1.**   **Security and Issuer**

**(a)**   **Title of Class of Securities:**

Common Shares

**(b)**   **Name of Issuer:**

Mawson Infrastructure Group Inc.

**(c)**   **Address of Issuer's Principal Executive Offices:**

950 RAILROAD AVE, MIDLAND, PENNSYLVANIA , 15059.

**Item 2.**   **Identity and Background**

**(a)**   Endeavor Blockchain, LLC
Joshua Kilgore
PM Squared, LLC
Cody Smith

**(b)**   Endeavour Blockchain, LLC and Joshua Kilgore: 5701 Euper Lane, Suite A, Fort Smith, Arkansas 72903

PM Squared, LLC: 6050 Southwest Blvd, Suite 150 Fort Worth, TX 76109

Cody Smith: 3801 Bent Elm Ln. Fort Worth, TX

**(c)**   All registrants: Investors

**(d)**   No.

**(e)**   Not applicable.

**(f)**   All registrants: United States

**Item 3.**   **Source and Amount of Funds or Other Consideration**

The funds used for the acquisition of the shares are private in nature, belonging to Joshua Kilgore and placed with Endeavor Blockchain, LLC which is 100% owned by Joshua Kilgore. The total invested to date is approximately $5,000,000.00.

**Item 4.**    **Purpose of Transaction**

Our goal is to partner with the management team at Mawson to clean up their balance sheet and provide strategic partnerships to drive profitability.

**Item 5.**    **Interest in Securities of the Issuer**

**(a)**    Endeavor Blockchain, LLC: 5.03%
Joshua Kilgore: 0.05%
Cody Smith: 0.19%
PM Squared, LLC: 0.01%

**(b)**    Endeavor Blockchain, LLC: 915,000
Joshua Kilgore: 8,000
Cody Smith: 32,982
PM Squared, LLC: 2,297

**(c)**    None.

**(d)**    Endeavor Blockchain, LLC
Joshua Kilgore
Cody Smith
PM Squared, LLC

**(e)**    December 19, 2025

**Item 6.**    **Contracts, Arrangements, Understandings or Relationships With Respect to Securities of the Issuer**

None.

**Item 7.**    **Material to be Filed as Exhibits.**

None.

**SIGNATURE**

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

## Endeavor Blockchain, LLC

**Signature:**    **Joshua Kilgore**
**Name/Title:**    **Owner**
**Date:**    **12/19/2025**

## Joshua Kilgore

**Signature:**    **Joshua Kilgore**
**Name/Title:**    **Individual**
**Date:**    **12/19/2025**

## Cody Smith

**Signature:**     **Cody Smith**
**Name/Title:**    **Individual**
**Date:**          **12/19/2025**

## PM Squared, LLC

**Signature:**     **Phil Stanley**
**Name/Title:**    **Owner**
**Date:**          **12/19/2025**