

Sean M. Brennecke
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Sean.Brennecke@lewisbrisbois.com
Direct: 302.985.6009

Janaury 30, 2026

VIA CM/ECF AND
<u>HAND DELIVERY</u>

The Honorable Jennifer L. Hall
United States District Judge
U.S. District Court for the
   District of Delaware
Unit 17, Room 6312
844 King Street
Wilmington, DE 19801-3555

    Re:    ***Mawson Infrastructure Group, Inc. v. Endeavor Blockchain, LLC, et al.***, *C.A. NO. 26-CV-00057-JLH*—
<u>Request for Expedited Consideration of Plaintiff's Amended Motion for Injunctive Relief and Temporary Restraining Order</u>

Dear Judge Hall:

    We write to respectfully request emergency consideration of Plaintiff Mawson Infrastructure Group, Inc.'s ("MIGI") Amended Motion for Expedited Injunctive Relief and Temporary Restraining Order ("Amended Motion and TRO Request") filed last night in the above referenced matter.

    Recent new developments, including Defendants' continuing creeping acquisition to take control of MIGI without the proper and timely disclosures required by the securities laws—since MIGI filed its original motion—are creating irreparable harm that can only be remedied by a temporary restraining order. It has been a week

The Honorable Jennifer L. Hall
January 30, 2026
Page 2

since this Court's Oral Order for the parties to meet and confer—but after almost one week, we still do not have, as of this writing, a counterproposal from Defendants to Plaintiff's proposed schedule that this Court requested.

We sent our new filings to defense counsel by email last night and are sending a copy of this letter by email contemporaneously with its filing.

Enclosed are courtesy copies of: (i) the Amended Motion and TRO Request, (ii) a Proposed Temporary Restraining Order, (iii) Mawson Infrastructure Group, Inc.'s Opening Brief in Support of its Amended Motion for Expedited Injunctive Relief and Temporary Restraining Order, (iv) the Transmittal Affidavit of Sean M. Brennecke, Esq. in Support of Mawson Infrastructure Group, Inc.'s Opening Brief in Support of its Amended Motion for Expedited Injunctive Relief and Temporary Restraining Order, and the exhibits thereto, and (v) Plaintiff's Amended Complaint for Violation of Securities Laws, all of which were filed last night.

We appreciate Your Honor's attention to this urgent matter. Counsel for MIGI are available should the Court have questions or concerns.

Respectfully submitted,

/s/ *Sean B. Brennecke*

Sean M. Brennecke
Bar No. 4686

Enclosures

cc:   Clerk of Court

Adam Michaels, Esq.